UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BENJAMIN W. MITCHELL,

                Plaintiff,            07 Civ. 8268 (PKC) (FM)

    -against-

PRISON HEALTH SERVICES, INC, et al.,

                Defendants.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Plaintiff, having been transferred to another New York State correctional facility, never received the summons and pro se mailing package sent to him by this Court's Pro Se Office. The Pro Se Office is directed to send plaintiff a new summons and mailing package. Plaintiff's time to effect service is enlarged to 120 days after the date of this Order.

        SO ORDERED.

                                                     P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
          January 14, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08