07 civ. 8268 (PKC)(FM)

3/18/08

# MEMO ENDORSED

ATTENTION: JUDGE P. KEVIN CASTEL

JUDGE CASTEL, my name is Benjamin Mitchell Din: 07A5226 12-B1-9T.

I am writing to you to ask permission for more time to serve defendents. One I would like to amend my case or just add The CITY OF NEW YORK to this case. Also I was under keeplock for about 25 days not able to leave my cell or able to get to the LAW LIBRARY. I read rule (4) so I am aware that I can still send out the summones, that I will do asap!

THANK YOU!!

BENJAMIN MITCHELL
DIN: 07A5226
12-B1-9T

Mr. Mitchell should take the steps necessary to ensure that his original complaint and summons are served promptly. Additionally, at the moment, there are no allegations against The City of New York in his complaint. While Mr. Mitchell may amend his complaint as of right before a responsive pleading is served, he will need to do so to secure an additional summons for the City of New York. As a first step, Mr. Mitchell should submit his amended complaint naming The City to the Pro Se Office of the Court.

FMaas, USMJ, 3/26/08

RECEIVED
SDNY PRO SE OFFICE
2008 MAR 21 P 5:02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08