MEMO ENDORSED

ATTORNEYS AT LAW

99 PARK AVENUE NEW YORK, NY 10016-1601
TEL: 212-286-8585 FAX: 212-490-8966
WWW.HPMB.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/15/08

RECEIVED
MAY 15 2008
CHAMBERS OF
P.KEVIN CASTEL
U.S.D.J.

Daniel May
Partner
dmay@hpmb.com

May 13, 2008

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Adjournment of time to respond to the complaint for all defendants until June 13, 2008.

Re: Benjamin W. Mitchell v. Prison Health Services, Inc., et al.
07 CV 08268 (PKC-FM)

Your Honor:

This office is trial counsel to the New York City Law Department in the above-referenced *pro se* matter. On or about May 7, 2008, our office received from the Law Department a Summons and Complaint sent by the United States Marshall. In this action, Benjamin W. Mitchell is suing Prison Health Services, Inc., Roberto De Guzman, M.D., and registered nurses Ms. Davis and Ms. Baptiste. We are attempting to determine the manner and dates of service upon the parties, after which we intend to appear on their behalf.

During our investigation, we learned that plaintiff Benjamin W. Mitchell has another, related case under docket number 08 CV 3783. In that action, he is suing the City of New York and Warden Robert Shaw. We have reason to believe that the allegations in that subsequent matter mirror those in the case that brings us before this Court. We are attempting to determine whether service was received by the City or the Law Department in the subsequent action. In the event that the claims in 08 CV 3783 correspond with those in 07 CV 08268, we will move for consolidation of the two cases.

Therefore, we respectfully request an adjournment of our time to appear on behalf of the defendants in this case to June 13, 2008. The time requested for this adjournment will allow us to retrieve and review information from various agencies, employees, and contractors of the City of New York. The additional time also is necessary to provide us an opportunity to investigate plaintiff's claims with respect to the foregoing defendants and prepare their response. We also require this additional time to determine whether to provide representation to some or all of the defendants, assuming they are served and request representation, pursuant to General Municipal Law § 50-k and/or contracts governing the City's relationship with the private entities and employees.

SO ORDERED
[signature]
USDJ
5-15-08

HEIDELL, PITTONI, MURPHY & BACH, LLP

526141.1

CONNECTICUT:
30 OAK STREET
STAMFORD, CT 06905
TEL: 203-327-1800
FAX: 203-353-1892

LONG ISLAND:
310 OLD COUNTRY ROAD
GARDEN CITY, NY 11530
TEL: 516-294-7134
FAX: 516-294-7139

WESTCHESTER:
81 MAIN STREET
WHITE PLAINS, NY 10601
TEL: 914-559-3100
FAX: 914-949-1160

Honorable P. Kevin Castel
Re: Mitchell v. PHS, Inc., et al.
May 13, 2008
Page - 2 -

HPM&B
ATTORNEYS AT LAW

We greatly appreciate Your Honor's consideration of this matter. Should there be any questions, I can be reached at (212) 471-4653.

Respectfully Submitted,

HEIDELL, PITTONI, MURPHY & BACH

By: ______________________
DANIEL MAY (DM2892)

DGM/vm

cc: **BY CERTIFIED MAIL**

Mr. Benjamin W. Mitchell, *pro se*
#07-A-5226
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

526141.1