## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Idalia Sanchez**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **July 18, 2008** deponent served the within, **NOTICE OF MOTION** upon the following attorneys at the addresses designated by said attorneys for that purpose by delivering a true copy of same enclosed and in a postage-paid properly addressed wrapper in an official depository under the exclusive care and custody of the **U.S. Postal Service** within New York State, addressed to the addressee(s) indicated below:

To:   Benjamin W. Mitchell, Jr.
      #07-A-5226
      Plaintiff, *Pro se*
      Upstate Correctional Facility
      P.O. Box 2001
      309 Bare Hill Road
      Malone, New York 12953

_____
IDALIA SANCHEZ

Sworn to before me this
18th day of July, 2008

_____
NOTARY PUBLIC

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010