# EXHIBIT A

# Department of Correctional Services

## Inmate Information

Inmate Information Data Definitions are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

Identifying and Location Information
As of 07/16/08

| | |
|---|---|
| DIN (Department Identification Number) | 07A5226 |
| Inmate Name | MITCHELL, BENJAMIN |
| Sex | MALE |
| Date of Birth | 03/28/1959 |
| Race / Ethnicity | BLACK |
| Custody Status | IN CUSTODY |
| Housing Releasing Facility | UPSTATE |
| Date Received (Original) | 09/24/2007 |
| Date Received (Current) | 09/24/2007 |
| Admission Type | NEW COMMITMENT |
| County of Commitment | QUEENS |
| Latest Release Date / Type (Released Inmates Only) | |

Crimes of Conviction
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 07/16/08

| Crime | Class |
|---|---|
| ROBBERY 1ST | B |
| ASSAULT 1ST DEGREE | B |
| CRIM POSS WEAP 2ND | C |
| | |

Sentence Terms and Release Dates
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
As of 07/16/08

| | |
|---|---|
| Aggregate Minimum Sentence | 000 Years, 00 Months, 00 Days |

| | |
|---|---|
| Aggregate Maximum Sentence | 012 Years, 00 Months, 00 Days |
| Earliest Release Date | 05/14/2016 |
| Earliest Release Type | CONDITIONAL RELEASE DATE |
| Parole Hearing Date | 03/2016 |
| Parole Hearing Type | RELEASE CONDITIONS |
| Parole Eligibility Date | |
| Conditional Release Date | 05/14/2016 |
| Maximum Expiration Date | 02/04/2018 |
| Maximum Expiration Date for Parole Supervision | |
| Post Release Supervision Maximum Expiration Date | |
| Parole Board Discharge Date | |