# EXHIBIT B

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Benjamin W. Mitchell, Jr.

v.

Prison Health Services, Inc.;
Roberto De Guzman, M.D.,
Official Capacity; Ms. Davis,
Nurse, Official Capacity; Ms.
Baptiste, RN, Official Capacity,

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 Civ 8268 (PKC)

JUDGE CASTEL

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro Se Benjamin W. Mitchell, Jr.
07-A-5226
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, New York 12953

Defendant(s) shall reply (answer or move) to this complaint within the time set forth on this summons. Prison Litigation Reform Act § 7(2)(g)(2).
SO ORDERED.

/s/ Kimba M. Wood
**KIMBA M. WOOD**
Chief Judge

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

/s/ [signature]
(BY) DEPUTY CLERK

DATE: JAN 1 4 2008

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date |
| NAME OF SERVER (PRINT) | Title |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN W. MITCHELL JR
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

PRISON HEALTH SERVICES, INC
ROBERTO DE GUZMAN M.D. OFFICIAL CAPACITY
MS. DAVIS, NURSE OFFICIAL CAPACITY
MS BAPTISTE, RN, OFFICIAL CAPACITY

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**I.F.P. GRANTED.**
Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. S 1915.

So Ordered: SEP 2 1 2007
___ Civ. _____ ( ) ( )

REQUEST TO PROCEED (Date)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chief Judge [signature]

RECEIVED AUG 20 2007 PRO SE OFFICE

I, BENJAMIN W. MITCHELL JR , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____

   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   NOVEMBER 2002- OCTOBER 2005     $2,000.00 monthly

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   MY BROTHER JEFF MITCHELL 80.00 monthly

   a) Are you receiving any public benefits?         ☒ No.     ☐ Yes, $_____.

   b) Do you receive any income from any other source?  ☐ No.     ☐ Yes, $_____.
                                                       X

Rev. 05/2007                              1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   I lost everything i ever owned i have no money
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __11__ day of __august__, __2007__.
          date              month         year

_____
Signature

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: __BENJAMIN W. MITCHELL JR__ - v - __PRISON HEALTH SERVICES,__
    *(Enter the full name of the plaintiff(s).)*    *(Enter the full name of the defendant(s).)*

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

*****************************************************************

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __BENJAMIN W. MITCHELL JR__ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

__AUGUST 14,_____, 20__07__         _____
*Date Signed*                            *Signature of Plaintiff*

                                         N.Y.S.I.D. # _____

                                         Local Jail/Facility I.D. # _____

                                         Federal Bureau of Prisons I.D. # _____

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN W. MITCHELL JR
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

PRISON HEALTH SERVICES INC
ROBERTO DE GUZMAN M.D. OFFICIAL CAPACITY
MS DAVIS NURSE, OFFICIAL CAPACITY
MS BAPTISTE, RN, OFFICIAL CAPACITY
_____
_____
_____
_____

JUDGE CASTEL

07 CV 8268

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
AUG 20 2007
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   BENJAMIN W. MITCHELL JR
            ID #   ████████ 15b38
            Current Institution   rikers island g.r.v.c.
            Address   east elmhurst, new york 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                1

Defendant No. 1    Name PRISON HEALTH SERVICES INC    Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 2    Name ROBERTO DE GUZMAN M.D    Shield # _____
                   Where Currently Employed rikers island
                   Address 0909 hazen st east elmhurst ny 11370

Defendant No. 3    Name Ms Davis nurse,    Shield # _____
                   Where Currently Employed 0909 hazen street, riker
                   Address island ny 11370, east elmhurst

Defendant No. 4    Name ms Baptiste rn,    Shield # _____
                   Where Currently Employed rikers island
                   Address east elmhurst ny 11370

Defendant No. 5    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

II.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? rikers island g.r.v.c. medical clinic

B.  Where in the institution did the events giving rise to your claim(s) occur? medical clinic

C.  What date and approximate time did the events giving rise to your claim(s) occur? since march 2006 to aug. 2007

Rev. 05/2007                                  2

D.  Facts: _see attached_

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.
_mental anguish violation of constitutional rights_
_cruel and unusual punishment  the right to exercise in the_
_yard which in eighteen months plaintiff was not able to do_

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _x_  No ___

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
RIKERS ISLAND G.R.V.C.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know _X_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _x_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
WITH PROGRAM WHERE ALL GRIEVANCES GO

1. Which claim(s) in this complaint did you grieve? ALL CLAIMS

2. What was the result, if any? NONE, NOT ONE RESPONSE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                                    4

COMPLAINT:

D. Facts:

PHS, INC

On february 22, 2006 I met with Ms. Baptiste of PHS, on Rikers Island in the G.R.V.C.clinic Ms. Baptiste is a specialty nurse, she flushed the medi-port that is in my chest area attached to my main vein. The medi-port was placed in my chest for the chemotherapy I have received in september 2005. Also in october of 2005 by Dr. Kim, whom works at Jamacia hospital, in queens, new york. I was diagnosed for malignant gastric cancer also in sept. 2005. Ms. Baptiste wrote in my medical records to flush monthly in April of 2006 I stopped seeing MS. Baptiste she instructed Ms. Davis a nurse employed by PHS. This was not done PHS, nurseing staff failed to flush my medi-port monthly as instructed. Exhibit B,C, and D shows how careless the services are for inmates at Rikers Island. Out of seventeen months the medi-port in my chest was flushed only eight times or eight months. Ms. Davis would make excuses like I thought you left the building or I thought you were gone. But I had to worry every month that passed by about my health. An infection could have set in at anytime. In addition I was not able to go to the yard for the eighteen months on Rikers Island. As per doctor Guzman instructions. May 2006 Bellvue Hospital did an biopsy and a week later a laparoscopy/ultra sound where they found no traces of malignant gastric cancer. Exhibit E. Since May 2006 after no cancer was found I have been trying to get this medi-port removed. As of August 2007 it has not been removed. I fear for my life everyday.

informed, when and how, and their response, if any.
I GAVE MY GRIEVANCE TO A CAPTAIN

NO RESPONSE

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. EACH TIME I SEE A DOCTOR TO REMOVE THE MEDI-PORT I HAVE BEEN TOLD THAT AN APPOINTMENT IS SET WITH BELLVUE HOSPITAL

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM SEEKING MONETARY COMPENSATION FOR PAIN AND SUFFERING VIOLATING MY RIGHTS TO THE ACTIVITIES RECREATION THAT I HAVE NOT DONE SINCE I HAVE BEEN ON THIS ISLAND FIVE MILLION DOLLARS AND INJUNTIVE

Rev. 05/2007                                5

VI.  Previous lawsuits:

|On these claims|

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No  X

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____  No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

|On other claims|

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No  X

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____  No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of august, 20 07.

        Signature of Plaintiff
        Inmate Number    ▓▓▓▓▓▓▓ 15b38
        Institution Address    RIKERS ISLAND G.R.V.C.
        0909 Hazen street
        East Elmhurst, new york
        11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 14 day of august, 20 07, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____