# EXHIBIT C

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IN
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

MITCHELL, BENJAMIN
[redacted]
30 OZONE PARK, NY 11420
28-MAR-59 B N M 5'8"  220 BRO BAL
NY C
GOOD, LORRETTA                         AU
100-7 CARVON LOOP 7G, BRONX, NY
4410601736  7034298Q  07-FEB-06

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 2/18/06 GRVC FN | Client scheduled for D-8 2/18/06 for SMA7 test in AVISION |
| 2/20/06 GRVC SN | NSG S – Lab work – SMA7 Not produced by DOC. Rescheduled 2/21/06 |
| 2/22/06 GRVC 149pm | S – Pt to clinic for Mediport flush. O – Port s infection. Flushed c 10ml N/S and 10ml Heparin 100u/ml via port. ⊕ blood return, s resistance to flush. Pt alert and oriented x3. Afebrile. D/S to site. A – Monthly port flush scheduled F/U 1mth 3/20/06 – A. Scott RN |
| GNL 3-7-06 7A | FLU labs SMA7 3-7-06 N/S 3-8-06 [signature] |

FOLLOW-UP for (CIRCLE ONE)
Medical / Chronic / Nursing
DATE OF F/U APPT: 3-7-06
DISPOSITION: (CIRCLE ONE)
Court
Discharge
Refused
Clinic Cancelled

Exhibit B

HS 288 (Rev. 3/05)

**NYC Health** — DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT / CORRECTIONAL HEALTH SERVICES

## PROGRESS NOTE

No chart

EVERY ENTRY MUST BE DATED AND SIGNED

Mitchell, Benjamin
4410601736

| DATE | OBSERVATIONS |
|---|---|
| 2/16/06 12:15p 4RNZ | P A Notes Sick Call<br>S pt with H/O Gastric CA diagnosed in 9/2005 at Jamaica Hospital<br>pt S/P chemotherapy x 5 days in 9/2005 and 5 days in 10/2005 at Jamaica Hospital<br>pt was seen at Lenox Hill Hospital in Feb 2006 for pre-surgery workup by Dr. Frank Cohen<br>pt was scheduled for surgery on Feb 7 at Lenox Hill but was arrested<br>pt seen today requesting followup on his surgery<br>pt also stated H/O DM x 9 months, H/O HTN x 5 yrs.<br>pt c/o occasional abdominal pain. Denies any nausea, vomiting, diarrhea, bloody stools. Lost 28 lbs within 5 months.<br>O pt in A/O x 3 NAD<br>Vitals: BP 120/80 pulse 60 reg, RR temp 98.9<br>HEENT PERRLA, sclera anicteric<br>Chest good A/E, clear<br>CVS S1 S2 regular<br>ABD obese BS+ soft non-tender<br>Ext no swelling<br>A/P H/O Gastric CA — refer to Oncology |
| As per dictation pt scheduled for Oncology & EGD on 2/27/06 | Add Avandia to regimen as per chart<br>2/11/06 Roberto Anzetta PA<br>George Aligetta PA |

CHS 288 (Rev. 4/05)