# EXHIBIT D

Copie

May 23, 2007

Re: Grievance

My name is Benjamin W Mitchell Jr, B&C# 441.06.01736 15B38. This is my second attempt to resolve this matter. On April 24, 2007 I went to Bellevue Hospital for an Enoscopy and a Biopsy The results came back negative So, again please make an appointme So that the surgeons can take (remove) the medi-port from my chest Area which is attached to my main vein. This is critical to my well being. If I am harmed

-2-

or ATTACKed in any way it could be fatal. This is my Second request. Please comply!

Thank you

Benjamin w Mitchell jr

441-06-61736    15B38

P.S. I have been on this Island for over (15) fifteen months. I have not been able to get any fresh air per (PHS) Doctors not to go t the yard until mediport is got removed.