# EXHIBIT E

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| IMMUNIZATION | DATE |
|---|---|
| Influenza | 12/4/2006 |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| Glycohemoglobin | 4/13/2006 | Drawn 2/9/06 8.8 |  |  |  |  |
| Glycohemoglobin | 8/24/2006 | 8/23/06 6.2 |  |  |  |  |
| Glucose | 9/5/2006 |  |  |  |  |  |
| CBC | 9/28/2006 |  |  |  |  |  |
| LFT | 9/28/2006 |  |  |  |  |  |
| Chem 20 | 9/28/2006 |  |  |  |  |  |
| Glycohemoglobin | 9/28/2006 |  |  |  |  |  |
|  | 9/28/2006 |  |  |  |  |  |
|  | 9/28/2006 |  |  |  |  |  |
| Glycohemoglobin | 11/9/2006 | hgb 11/19/06 6.0 |  |  |  |  |
| hga1c | 3/15/2007 |  |  |  |  |  |
| FASTING LIPID, LFT, SMA7 | 3/22/2007 |  |  |  |  |  |
| Glycohemoglobin | 3/29/2007 | as per printout 3/15/07 results 6.5 |  |  |  |  |
| MICROALBUMIN,RAND.URN/CREAT. | 4/11/2007 |  |  |  |  |  |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Chronic - DM, htn | 2/11/2006 | Medical | GRVC |  |
| Specialty - Hx of gastric ca, s/p chemo x 2. Please eval | 2/11/2006 | Oncology | GRVC |  |
| Specialty - DM. Please eval for footcare | 2/11/2006 | Podiatry | GRVC |  |
| Specialty - DM, htn. Please eval for retinopathy | 2/11/2006 | Ophthalmolgy | GRVC |  |
| Nursing Followup - sma7 | 2/16/2006 | Nursing | GRVC |  |
| Medical Followup - DM /Gastric ca | 2/16/2006 | Medical | GRVC |  |
| Medical Followup - DM /Gastric ca | 2/27/2006 | Medical | GRVC |  |
| Medical Followup - DM /Gastric ca | 3/8/2006 | Medical | GRVC |  |
| Chronic - DM HTN and Gastric CA | 3/15/2006 | Medical | GRVC | 3/15/2006 |
| Nursing Followup - BP check and EKG | 3/15/2006 | Nursing | GRVC |  |
| ✓ Nursing Followup - BP check and EKG mediport flush lft's | 3/22/2006 | Nursing | GRVC |  |
| Nursing Followup - SMA 7 | 4/14/2006 | Nursing | GRVC |  |
| Nursing Followup - medaport flush please call client for 12noon | 5/8/2006 | Nursing | GRVC |  |
| Nursing Followup - SMA7 | 5/10/2006 | Nursing | GRVC |  |
| Nursing Followup - HGBA1c , V/S , WT. | 7/19/2006 | Diabetes | GRVC |  |
| Medical Followup - DM, HTN, gastric CA | 7/21/2006 | Diabetes | GRVC |  |
| Nursing Followup - bp, wt, lft, a1c, fbs | 7/28/2006 | Abnormal Labs | GRVC |  |
| Nursing Followup - bp, wt, lft, a1c, fbs | 8/2/2006 | Abnormal Labs | GRVC |  |
| Medical Followup - DM, HTN, gastric CA | 8/2/2006 | Diabetes | GRVC |  |
| Nursing Followup - bp, wt, lft, a1c, fbs | 8/10/2006 | Abnormal Labs | GRVC |  |

CHS-289 (REV. 09/05)   Mitchell, Benjamin -   4/27/2007 9:59:14 AM   Page 2 of 6

| Description | Date | Type | Facility | Date 2 |
|---|---|---|---|---|
| Medical Followup - DM, HTN, gastric CA | 8/14/2006 | Medical | GRVC | |
| Nursing Followup - bp, wt, fit, a1c, fbs | 8/14/2006 | Abnormal Labs | GRVC | 8/22/2006 |
| Nursing Followup - FBS | 8/22/2006 | HGBA1C | GRVC | |
| Medical Followup - BP check | 8/22/2006 | Medical | GRVC | |
| Medical Followup - htn, dm, gastric ca | 8/22/2006 | Medical | GRVC | |
| Nursing Followup - Fasting lipid, CBC, SMA7, LFTS | 8/22/2006 | Nursing | GRVC | 9/25/2006 |
| Medical Followup - BP check | 8/29/2006 | Medical | GRVC | |
| Medical Followup - HTN, pt non-compliant with meds | 8/30/2006 | Medical | GRVC | |
| Nursing Followup - SMA7, Fasting Lipids, CBC | 9/1/2006 | Nursing | GRVC | 9/1/2006 |
| Medical Followup - BP check | 9/7/2006 | Medical | GRVC | |
| Medical Followup - BP check | 9/7/2006 | Medical | GRVC | 9/13/2006 |
| Nursing Followup - SMA7 | 9/13/2006 | Lab Work | GRVC | 9/13/2006 |
| Nursing Followup - BP check | 9/13/2006 | Nursing | GRVC | |
| Specialty - 9/13/06 | 9/14/2006 | Podiatry | WF | 9/20/2006 |
| Nursing Followup - vital signs | 9/20/2006 | Nursing | GRVC | 9/20/2006 |
| Specialty - 9/20/06 | 9/21/2006 | Podiatry | WF | 10/18/2006 |
| Nursing Followup - fASTING sma7 | 9/25/2006 | Lab Work | GRVC | |
| Nursing Followup - bp CHECK, fasting sma7 | 9/25/2006 | Nursing | GRVC | |
| Chronic - DM, HTN Gastric CA | 9/25/2006 | Medical | GRVC | |
| Nursing Followup - fASTING sma7 | 9/27/2006 | Nursing | GRVC | |
| Nursing Followup - bp CHECK, fasting sma7 | 10/3/2006 | Nursing | GRVC | |
| Nursing Followup - bp CHECK, fasting sma7 | 10/9/2006 | Nursing | GRVC | |
| Nursing Followup - bp CHECK, fasting sma7 | 10/17/2006 | Nursing | GRVC | |
| Medical Followup - CHEDULE MEDIPORT flush | 10/18/2006 | Nursing | GRVC | |
| Nursing Followup - Check BP in AM 10/23/06, 10/24, 25 and 26/06. | 10/23/2006 | Nursing | GRVC | |
| Nursing Followup - mediport flush, BP & HR check | 10/23/2006 | Nursing | GRVC | |
| Medical Followup - SCHEDULE REMOVAL OF MEDIPORT? | 10/24/2006 | Medical | GRVC | 10/25/2006 |
| Specialty - 9/20/06 | 10/30/2006 | Podiatry | WF | |
| Medical Followup - SCHEDULE REMOVAL OF MEDIPORT? | 11/2/2006 | Medical | GRVC | |
| Chronic - HTN, DM, Ca stomach | 11/6/2006 | Medical | GRVC | 11/6/2006 |
| Chronic - Mediport flush | 11/9/2006 | Medical | GRVC | |
| Chronic - Mediport and discussion about removal | 11/9/2006 | Medical | GRVC | |
| Chronic - HTN, DM, Ca stomach | 11/14/2006 | Medical | GRVC | |
| Chronic - Mediport and discussion about removal | 11/14/2006 | Medical | GRVC | |
| Chronic - HTN, DM, Ca stomach | 11/22/2006 | Medical | GRVC | 12/4/2006 |
| Nursing Followup - influenza vaccine and mediport flush | 11/27/2006 | Nursing | GRVC | 11/28/2006 |
| Nursing Followup - LFTS SMA7 Fasting | 11/28/2006 | Abnormal Labs | GRVC | 12/4/2006 |
| Chronic - DM., HTN | 11/28/2006 | Medical | GRVC | |
| Nursing Followup - Flu vaccine | 12/4/2006 | Abnormal Labs | GRVC | 12/4/2006 |
| Chronic - DM., HTN | 12/29/2006 | Medical | GRVC | |
| Nursing Followup - hga1c | 12/31/2006 | Nursing | GRVC | |
| Nursing Followup - hga1c | 1/9/2007 | Nursing | GRVC | |
| Nursing Followup - hga1c | 1/10/2007 | Nursing | GRVC | |
| Chronic - DM., HTN | 1/11/2007 | Medical | GRVC | |
| Nursing Followup - hga1c | 1/15/2007 | Nursing | GRVC | |
| Chronic - DM., HTN | 1/25/2007 | Medical | GRVC | |
| Chronic - DM., HTN | 2/2/2007 | Medical | GRVC | |
| Chronic - DM., HTN | 3/2/2007 | Medical | GRVC | |
| Nursing Followup - hga1c medport flush and vital signs, wt | 3/6/2007 | Nursing | GRVC | |

CHS-289 (REV. 09/05)

Mitchell, Benjamin - 

4/27/2007 9:59:14 AM    Page 3 of 6

| | | | | |
|---|---|---|---|---|
| Chronic - DM., HTN | | | | |
| Nursing Followup - hgarc medport flush and vital signs, wt | 3/7/2007 | Medical | GRVC | 3/20/2007 |
| Medical Followup - fu labs | 3/9/2007 | Nursing | GRVC | 3/15/2007 |
| Nursing Followup - Fasting lipid, sma7, ifts | 3/17/2007 | Abnormal Labs | GRVC | 3/20/2007 |
| Chronic - DM/HTN Check labs | 3/20/2007 | Lab Work | GRVC | 3/22/2007 |
| Nursing Followup - HbgA1C | 3/20/2007 | Medical | GRVC | |
| Nursing Followup - urine microalbumin, v/s,& wt | 3/29/2007 | Nursing | GRVC | |
| Nursing Followup - medport flush | 4/4/2007 | Nursing | GRVC | |
| Nursing Followup - urine microalbumin,v/s,& wt | 4/4/2007 | Nursing | GRVC | |
| Nursing Followup - medaport flush vs urinemirco | 4/6/2007 | Abnormal Labs | GRVC | 4/11/2007 |
| Nursing Followup - medaport flush vs urinemirco | 4/9/2007 | Nursing | GRVC | |
| Nursing Followup - medaport flush vs urinemirco | 4/12/2007 | Nursing | GRVC | |
| Medical Followup - schedule for GI clinic bellevue for EGD | 4/18/2007 | Nursing | GRVC | 4/19/2007 |
| Chronic - DM/HTN Check labs | 4/20/2007 | Medical | GRVC | |
| Chronic - DM/HTN, | 4/23/2007 | Medical | GRVC | 4/27/2007 |
| | 4/27/2007 | Medical | GRVC | |