# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

     **Idalia Sanchez**, being duly sworn, deposes and says:

     Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

     On **July 18, 2008** deponent served the within, ***MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6)*** upon the following attorneys at the addresses designated by said attorneys for that purpose by delivering a true copy of same enclosed and in a postage-paid properly addressed wrapper in an official depository under the exclusive care and custody of the ***U.S. Postal Service*** within New York State, addressed to the addressee(s) indicated below:

To:    Benjamin W. Mitchell, Jr.
        #07-A-5226
        Plaintiff, *Pro se*
        Upstate Correctional Facility
        P.O. Box 2001
        309 Bare Hill Road
        Malone, New York 12953

                                                  _____
                                                               IDALIA SANCHEZ

Sworn to before me this
18th day of July, 2008

_____
NOTARY PUBLIC

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010