

# HPM&B
ATTORNEYS AT LAW

99 PARK AVENUE  NEW YORK, NY 10016-1601
TEL: 212-286-8585  FAX: 212-490-8966
WWW.HPMB.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

Paul Stuart Haberman
Associate
phaberman@hpmb.com

## MEMO ENDORSED

July 21, 2008

VIA FACSIMILE- 212-805-7949

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:  Benjamin W. Mitchell v. Prison Health Services, Inc., et al.
     07 CV 08268 (PKC-FM)

*[Handwritten endorsement: Motion may be filed and will be deemed timely. SO ORDERED. [signature] USDJ 7-21-08]*

Your Honor:

This office is trial counsel to the New York City Law Department in the above-referenced *pro se* matter. Please be advised that, pursuant to your endorsed letter dated June 18, 2008 in the above-referenced matter, my office filed a pre-answer motion to dismiss by ECF this past Friday, July 18, 2008, and served a copy of same upon Plaintiff and Your chambers. However, I received an ECF e-mail this morning advising me to re-file the document manually, because of a "Non-ECF case error."

Attached, therefore, please find a copy of the electronic docket sheet, which reflects my office's attempts to timely file this motion, as well as an affidavit of service as to Plaintiff. We respectfully request that the filing of the pre-answer motion to dismiss be deemed timely by this Court and will make all efforts to properly file this motion with the Southern District of New York today. Thank you in advance for your understanding in this matter.

HEIDELL, PITTONI, MURPHY & BACH, LLP

542302.1

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 OAK STREET | 310 OLD COUNTRY ROAD | 81 MAIN STREET |
| STAMFORD, CT 06905 | GARDEN CITY, NY 11530 | WHITE PLAINS, NY 10601 |
| TEL: 203-327-1800 | TEL: 516-294-7134 | TEL: 914-559-3100 |
| FAX: 203-353-1892 | FAX: 516-294-7139 | FAX: 914-949-1160 |

Honorable P. Kevin Castel
Re: Benjamin W. Mitchell v. Prison Health Services, Inc., et al.
July 21, 2008
Page -2-



Respectfully Submitted,

HEIDELL, PITTONI, MURPHY & BACH

By: _____
PAUL STUART HABERMAN (PH 2771)

PSH/is
Attachments

cc: **BY CERTIFIED MAIL (Without enclosures)**

Mr. Benjamin W. Mitchell, *pro se*
#07-A-5226
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

542302.1