*[Handwritten endorsement at top:] If Mr. Mitchell wishes to revise his response to the motion he may do so by September 12. Any reply will be due by September 26. SO ORDERED [signature] 8/20/08*

AUGUST 15, 2008

# MEMO ENDORSED

HONORABLE, JUDGE: P. KEVIN CASTEL
07 CIV. 8268 (PKC)

*[Stamp: AUG 21 2008, CHAMBERS OF P. KEVIN CASTEL U.S.D.J.]*

Hello, your Honor! I am in receipt of the letter that you sent to me, informing me that my request for an amended complaint was denied. But you stated that I should set forth the text in a response to the motion that was sent to me. Your Honor, unfortunately I sent my response to the motion out before I received the letter from you. I do see that more time was given, but I am not sure of what should be done since the motion have been sent out already. I could have used that avenue to further reinforce my case. I just thought that I would be allowed to amend my complaint without prejudice since I am representing myself and was allowed to do so in the Eastern District. Your Honor, would you allow me to amend my response to the motion to dismiss, I do have additional information I would like to add and would have done so if I had not rushed to get it back to the defendents counselor on time.

THANK YOU

BENJAMIN W. MITCHELL JR

DIN: 07A5226  12-C2-32T

*[Signature]*

MICROFILMED AUG 2 5 2008 -3 PM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

Returned to chambers for scanning on 8.26.08
Scanned by chambers on _____

*8/25/08 Copies mailed*